FILED

02/19/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0576

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0576

LILLIAN A. OVERMAN and LARRY ROBINSON,

    Defendants and Appellants,

    v.

FRANK APECELLA and SHIRLYNNE APECELLA,

    Plaintiffs and Appellees.

**ORDER**

Upon consideration of Appellants' Motion for Extension to Respond to Motion for Relief, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension until March 3, 2025, within which to file their Response to Appellees' Motion for Relief.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 19 2025